April 10, 2018   April 10, 2018    April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018  April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018    April 10, 2018 April 10, 2018 April 10, 2018 April 10, 2018